# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| **BRADLEY EDWARDS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | **CIVIL ACTION NO. 5:23-cv-00038** |
| § | |
| **STATE AUTO PROPERTY and** § | |
| **CASUALTY INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(a), Defendant State Auto Property and Casualty Insurance Company ("State Auto" or "Defendant") files this Notice of Removal, hereby removing this action from the 99th Judicial District Court of Lubbock County, Texas to the United States District Court for the Northern District of Texas, Lubbock Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff Bradley Edwards ("Plaintiff") and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully shows the Court as follows:

## I.
## INTRODUCTION

This lawsuit arises out of Plaintiff's claim for uninsured/underinsured motorist ("UM/UIM") benefits under a commercial auto policy. In his Original Petition, Plaintiff asserts claims against Defendant arising out of the handling of Plaintiff's insurance claim.

On January 19, 2023, Plaintiff filed his Original Petition in the 99th Judicial District Court of Lubbock County, Texas. Defendant was served with a citation and a copy of Plaintiff's Original Petition on January 24, 2023 through its registered agent for service of process. Accordingly, this

Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant, and is thus timely filed under 28 U.S.C. § 1446(b).

## II.
## BASIS FOR REMOVAL

**A.     THERE IS COMPLETE DIVERSITY OF CITIZENSHIP.**

Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Plaintiff is an individual domiciled in Lubbock County, Texas. *See* Exhibit C, Plaintiff's Original Petition, § II. For diversity purposes, Plaintiff is a citizen of Texas. Defendant is a corporation organized under the laws of the State of Iowa, with its principal place of business in Iowa. For diversity purposes, Defendant is a citizen of Iowa. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant.

**B.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995). Here, Defendant can demonstrate that it is facially apparent from Plaintiff's Original Petition that the amount in controversy exceeds $75,000.00. Specifically, Plaintiff alleges that he seeks "monetary relief over $250,000.00 but not more than $1,000,000.00." *Id*. at § I. Plaintiff further seeks actual damages, additional treble damages, and attorney's fees. *Id*. at § I. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## III.
## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule 81.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet, and Defendant's Certificate of Interested Persons and Corporate Disclosure Statement that comply with Local Rules 3.1(c), 7.4, and 81.2.  Additionally, the following exhibits are attached:

- **Exhibit A**: Index of all documents filed in the state court action;
- **Exhibit B**: Lubbock County Civil Case Information Sheet;
- **Exhibits C through C-2:** A copy of each pleading filed in the state court action; and

Pursuant to Section 28 U.S.C. §1446(d), Defendant will serve written notice of the filing of this Notice of Removal on all adverse parties promptly after the filing of same, and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 99th Judicial District Court of Lubbock County, Texas promptly after filing of same.

## IV.
## CONCLUSION AND PRAYER

Based on the foregoing, Defendant State Auto Property and Casualty Company respectfully requests that the above-styled action now pending in the 99th Judicial District Court of Lubbock County, Texas be removed to the United States District Court for the Northern District of Texas, Lubbock Division. Defendant requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL C. DIKSA
State Bar No. 24012531
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email: mark.tillman@tb-llp.com
Email: mike.diksa@tb-llp.com

**ATTORNEYS FOR DEFENDANT STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on February 23, 2023, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
E. Ryne Hutcheson
Michael J. Gomez
Davis W. Smith
DAVIS W. SMITH, P.C.
1220 Avenue K
Lubbock, Texas 79401
Email: efile@gorillalawfirm.com
Telephone: (806) 744-4477
Facsimile: (806) 744-2671

*/s/ Mark D. Tillman*
MARK D. TILLMAN