IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BRADLEY EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) Civil Action No. 5:23-CV-038-C |

# **ORDER**

The Court notes that the Parties have reached a settlement of all matters in controversy and Defendant State Auto Property and Casualty Insurance Company filed a Notice of Settlement on February 8, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents on or before 30 days from the date of this Order.

SO ORDERED.

Dated this 12th day of February, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE