IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| BRADLEY EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) Civil Action No. 5:23-CV-038-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed February 19, 2024, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 20th day of February, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE